**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 28, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00541-CV

## IN THE MATTER OF THE MARRIAGE OF CHRISTOPHER LIVINGSTON, SR. AND LINDA SUE LIVINGSTON

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-02595**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 16, 2016. On July 20, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.